UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Christopher Robin Marchese-Santos,<br><br>Plaintiff,<br><br>v.<br><br>Northern State Correctional Facility, et al,<br><br>Defendants. | Civil Action No. 2:26-cv-119 |

**ORDER**
(Doc. 10)

On July 27, 2026, the Court adopted the Report and Recommendation of the undersigned, which recommended that Plaintiff's Complaint be dismissed with leave to amend. (Docs. 3, 9.) The Court advised Plaintiff that the case will be dismissed if he did not file an Amended Complaint by August 28, 2026. (Doc. 9 at 7.)

On September 16, 2026, Plaintiff filed an "Order/Motion For 'Amend Case,'" stating that he did not receive the Court's July 27, 2026 Order until September 3, 2026. Although Plaintiff's motion is not clear, the Court liberally construes it as a request for an extension of time to file an Amended Complaint. Plaintiff's request for an extension of time to file an Amended Complaint is GRANTED.

Plaintiff's Amended Complaint, if any, must be filed by December 17, 2026. If Plaintiff fails to file an Amended Complaint by that date, the undersigned will recommend dismissal of this case. To the extent that Plaintiff may be requesting additional relief in the "Order/Motion For 'Amend Case,'" the Motion is DENIED.

Dated at Burlington, in the District of Vermont, this 17th day of November 2026.

*/s/ Kevin J. Doyle*
Kevin J. Doyle
United States Magistrate Judge